1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | Email: service@mission.legal

5 | Attorney for Plaintiff,
Francisca M. Moralez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ, | No. 3:18-cv-05763-EMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| HOMEGOODS, INC.; SAND CREEK CROSSING LLC, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Francisca M. Moralez and Defendants Homegoods, Inc.; and Sand Creek Crossing LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 29, 2019            MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Francisca M. Moralez

Dated: January 29, 2019            SEYFARTH SHAW LLP

                                        */s/ Kristina M. Launey*
                                        Kristina M. Launey
                                        Attorneys for Defendant,
                                        Homegoods, Inc.

Dated: January 29, 2019            SARA B. ALLMAN, ESQ.

                                        */s/ Sara B. Allman*
                                        Sara B. Allman
                                        Attorney for Defendant,
                                        Sand Creek Crossing LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*IT IS SO ORDERED*

*Judge Edward M. Chen*

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

DATED: 2/7/2019

STIPULATION FOR DISMISSAL OF ENTIRE ACTION